# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHANE MICHAEL WOZNIAK,<br><br>    Petitioner,<br><br>vs.<br><br>THE ATTORNEY GENERAL OF THE STATE OF NEVADA,<br><br>    Respondent. | Case No. 3:16-cv-00022-RCJ-WGC<br><br>**ORDER** |

    Petitioner has filed a notice of voluntary dismissal (ECF No. 20). The court will dismiss this action. The court makes no statement about the timeliness or other potential defaults if petitioner files in this court another habeas corpus petition challenging the same judgment of conviction. Petitioner at all times remains responsible for calculating the running of the federal limitation period and timely asserting claims. See 28 U.S.C. § 2244(d)(1).

    IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice. The clerk of the court shall enter judgment accordingly and close this action.

Dated: July 5, 2016.

                                                    _____
                                                    ROBERT C. JONES
                                                    United States District Judge